No. 880. Chickasaw Nation *v.* United States. June 5, 1939. Petition for writ of certiorari to the Court

of Claims denied. *Messrs. Melven Cornish* and *William H. Fuller* for petitioner. *Solicitor General Jackson, Assistant Attorney General Collett,* and *Mr. C. W. Leaphart* for the United States.